UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-81317 |
| Michael Shere | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The turnover of the Debtor's 2017 tax refund is waived.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  November 01, 2018

**Prepared by:**

Nathan Curtis
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603