### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL SHERE | ) |
| | )  No. 14-81317 |
| | )  Chapter 13 (Rockford) |
| Debtors | )  Honorable Thomas M. Lynch |
| | )  Hearing Date: 12/13/2018, 9:00 a.m. |

### NOTICE OF MOTION

To:   See attached Service List.

YOU ARE HEREBY NOTIFIED that on December 13, 2018, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable Judge Thomas M. Lynch in Room 4100 at U.S. Court House, 327 South Church Street, Rockford, Illinois 61101, and then and there present for hearing the attached MOTION FOR RELIEF FROM STAY at which time and place you may appear as you see fit to do.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 20th day of November, 2018, with proper postage prepaid.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
This 20th day of November, 2018.

_____
Notary Public

KATHERINE L. SMUCINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 22, 2019

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

## SERVICE LIST

Michael Leroy Shere
1680 W Chrysler Drive
Belvidere, Illinois 61008

Nathan E Curtis
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Lydia Meyer, Trustee
P.O. Box 14127
Rockford, Illinois 61105-4127
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(By electronic notice through ECF)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL SHERE ) | |
| ) | No. 14-81317 |
| ) | Chapter 13 (Rockford) |
| Debtors ) | Honorable Thomas M. Lynch |
| ) | Hearing Date: 12/13/2018, 9:00 a.m. |

**MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE**

NOW COMES a certain creditor, OAKBROOK WOODS CONDOMINIUM HOMEOWNER'S ASSOCIATION, by and through its attorneys, KEAY & COSTELLO, P.C., and in support of its Motion for Relief from Stay, states as follows:

1. That the creditor is OAKBROOK WOODS CONDOMINIUM HOMEOWNER'S ASSOCIATION (hereinafter referred to as "OAKBROOK WOODS"), an Illinois not-for-profit corporation and condominium association governed by the Illinois Condominium Property Act (765 ILCS 605/1 et seq.).

2. That the Debtor, MICHAEL SHERE (hereinafter referred to as "Debtor") is the owner of residential real estate that is part of OAKBROOK WOODS. Specifically, Debtor is the owner of the property located at 1680 W. Chrysler Drive, Belvidere, Boone County, Illinois.

3. That pursuant to 9(g)(1) of the Illinois Condominium Property Act (765 ILCS 605/1 et seq.) and OAKBROOK WOODS governing documents, which have been recorded with the Recorder of Deeds of Boone County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of OAKBROOK WOODS.

1

4. That as owner of a unit at OAKBROOK WOODS, the Debtor is obligated to pay assessments to OAKBROOK WOODS.

5. That since the filing of Debtor's Chapter 13 petition on April 25, 2014, the Debtor has failed to remain current on his post-petition obligation to pay monthly assessments to OAKBROOK WOODS.

6. That in addition to the assessments, Debtor has been assessed late fees as a result of his failure to pay post-petition assessments in a timely fashion.

7. Accordingly, beginning on May 2014 through the filing of this Motion, Debtor has failed to pay the amount of $7,456.31 in post-petition assessments, late fees, and fines to OAKBROOK WOODS. Additionally, OAKBROOK WOODS has incurred $600.00 in attorney's fees and $181.00 in court costs as a result of Debtor's failure to remain current on his post-petition obligation to the Association. Collection of said attorney's fees and court costs is authorized by the Association's Declaration.

8. Collection of said attorney fees and court costs is authorized by 9.2(b) of the Illinois Condominium Property Act and the Declaration. (765 ILCS 605/9.2(b)) (West 2017).

9. Therefore, the total amount due through the filing of this Motion for post-petition assessments, late fees, fines, attorney's fees, and court costs is $8,237.31.

10. That pursuant to Section 362 of the Bankruptcy Code, OAKBROOK WOODS moves this court for entry of an order modifying the automatic stay arising as a result of Debtor's Chapter 13 filing.

11. That OAKBROOK WOODS is entitled to relief from the automatic stay so it may initiate collection proceedings against the Debtor for the assessments and other charges that became due and owing after Debtor's Chapter 13 filing.

2

12. That OAKBROOK WOODS is entitled to relief from the automatic stay for the following reasons:

    a. Debtor has made material defaults under the terms of the Declaration;

    b. There is currently a continuing increase in the total indebtedness chargeable against the real estate for payment of assessments and other charges due under the Declaration which result in OAKBROOK WOODS being deprived of adequate protection of its interest in the real estate; and

    c. The subject real estate is not necessary for a successful reorganization of the Debtor.

13. That OAKBROOK WOODS requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Creditor, herein, OAKBROOK WOODS, prays this court enter an order modifying the stay permitting OAKBROOK WOODS, to initiate collection proceedings of all post-petition association assessments due from the Debtor, MICHAEL SHERE, as a result of the ownership of the premises described herein, and for any such other and further relief as this court deems just and equitable within the premises.

OAKBROOK WOODS CONDOMINIUM
HOMEOWNER'S ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

3