UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-81317 |
| MICHAEL SHERE | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

**Order Lifting Automatic Stay**

     This matter coming before the court for hearing on OAKBROOK WOODS CONDOMINIUM HOMEOWNER'S ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the court being fully advised,

  IT IS ORDERED:

  OAKBROOK WOODS CONDOMINIUM HOMEOWNER'S ASSOCIATION's Motion for Relief from Stay as to 1680 W. Chrysler Drive, Belvidere, Illinois 61008 is granted.

  The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: March 07, 2019

**Prepared by:**

#6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446